**Dismissed and Opinion Filed February 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00996-CV

**GLENN L. MILLER, Appellant**
**V.**
**JENNIFER BOWLBY, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03614-2016**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Whitehill
Opinion by Justice Bridges

Appellant's brief in this case is overdue. On December 20, 2017, after appellant failed to respond to our notice regarding the lack of a reporter's record, we ordered the appeal submitted without a reporter's record. We also notified appellant that his brief was due within thirty days of that order. By postcard dated January 22, 2018, we notified appellant the time for filing his brief had expired and directed him to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


170996F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GLENN L. MILLER, Appellant

No. 05-17-00996-CV     V.

JENNIFER BOWLBY, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-03614-2016.
Opinion delivered by Justice Bridges.
Justices Evans and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JENNIFER BOWLBY recover her costs of this appeal from appellant GLENN L. MILLER.

Judgment entered February 20, 2018.